# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 4 MM 2016

Respondent  :

v.  :

RONALD W. BONEY,  :

Petitioner  :

## ORDER

**PER CURIAM**

 **AND NOW**, this 7th day of March, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

 Justice Eakin did not participate in the consideration or decision of this matter.